IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| | ) | 4:18PS3000 |
| | ) | |
| IN RE BARBARA | ) | ORDER TO RETURN |
| BRUNDO | ) | ORIGINAL SUBMISSION |
| | ) | |

Barbara Brundo submitted to the clerk's office of this court the materials attached to this order.  These materials are being returned to Barbara Brundo because:

_____        The court cannot ascertain what the party is requesting.

_____        The submission does not indicate in which case these materials should be filed.

_____        Upon review, the materials do not appear to be in the form required by Federal Rule of Civil Procedure 10 or the local rules of this court.

**_XX__        The proposed documents lack a legal basis or otherwise violate Rule 11 of the Federal rules of Civil Procedure, and the individual submitting the materials is barred by prior order from filing such documents with the court in Case No. 8:08CV477.**

Persons in need of assistance from a lawyer may contact the Nebraska State Bar Association's lawyer referral service. The service is at 635 South 14th Street, P.O. Box 81809, Lincoln, Nebraska 68501-1809. The telephone number is (402) 475-7091 ext. 132, and the fax number is (402) 475-7098.

IT IS THEREFORE ORDERED that the Clerk of the court not file, but return the attached materials to Barbara Brundo at the address found on the envelope used to mail the materials or within the materials themselves.

Dated this 3rd day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
Supervising Pro Se Judge